# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE BARNETT, | : | Civil No. 1:20-CV-02176 |
| Plaintiff, | : | |
| v. | : | |
| JEWISH FAMILY SERVICES OF GREATER HARRISBURG, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 9th day of July, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendant Jewish Family Services of Greater Harrisburg (Doc. 16) is **GRANTED**.

2. On or before **July 30, 2021**, Plaintiff shall file an amended complaint in accordance with this order and the accompanying memorandum.

3. If Plaintiff fails to file an amended complaint by the above date, the Clerk of Court is directed to close this case.

                                                 s/Jennifer P. Wilson
                                                 JENNIFER P. WILSON
                                                 United States District Court Judge
                                                 Middle District of Pennsylvania